UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BENJAMIN HACK,  )
        Plaintiff,  )
    )
v.  )  **JUDGMENT**
    )
    )  No. 5:19-CV-508-FL
ANDREW SAUL, Commissioner of  )
Social Security,  )
        Defendant.  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 26, 2021, it is ordered that defendant pay to plaintiff $7,500.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on March 26, 2021, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Mark Goldenberg (via CM/ECF Notice of Electronic Filing)

March 26, 2021        PETER A. MOORE, JR., CLERK

                        /s/ Sandra K. Collins
                        (By) Sandra K. Collins, Deputy Clerk